# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY GLASSMAN, | CASE NO. 1:08-cv-01485-WMW PC |
| Plaintiff, | ORDER DISMISSING DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |
| v. | |
| JAMES YATES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the exercise of jurisdiction by the Magistrate Judge pursuant to 28 U.S.C. § 636(c). On April 1, 2009, the Court issued an order finding that Plaintiff's complaint states a cognizable claim against Defendants Yates for violation of the First Amendment, but does not state a cognizable claim against the California Department of Corrections and Rehabilitation. The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable. On April 29, 2009, Plaintiff notified the Court that he does not wish to amend and is willing to proceed on the claims found cognizable. Based on Plaintiff's notice, this Findings and Recommendations now issues. See Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, it is HEREBY ORDERED that:

1. This action proceed on Plaintiff's complaint, filed October 2, 2008, against Defendant Yates

2. Defendant California Department of Corrections and Rehabilitation is dismissed.

IT IS SO ORDERED.

Dated: **May 5, 2009**     /s/ William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE

1