IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY GLASSMAN,

       Plaintiff,                1: 08 CV 01485 YNP GSA (PC)

  vs.                            ORDER RE MOTION (DOC 24)

J. YATES,

       Defendant.

Defendant has requested that the court issue an order under Federal Rule of Civil Procedure 30(b)(4) to allow Defendant's counsel to conduct the deposition of Plaintiff via video conference. For good cause shown, IT IS HEREBY ORDERED that counsel for Defendant is permitted to conduct Plaintiff's deposition via video conference.

IT IS SO ORDERED.

Dated:   **March 23, 2010**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1