IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY GLASSMAN,

        Plaintiff,              1: 08 CV 01485 AWI YNP GSA (PC)

    vs.                      ORDER RE MOTION (DOC 28)

JAMES YATES,

        Defendant.

    Defendant has filed a motion for an extension of time to take depositions.  The current deadline is April 4, 2010.   Defendant filed a motion for summary judgment on April 2, 2010. Defendant requests the court to set a new deadline for taking depositions, if necessary, after resolution of the motion for summary judgment.

    Good cause appearing, IT IS HEREBY ORDERED that Defendant's motion is granted. The court will set a new deadline for the taking of depositions, if necessary, after resolution of the motion for summary judgment.

    IT IS SO ORDERED.

    **Dated:**   **April 5, 2010**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE